```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                               :
ALLSTATE LIFE INSURANCE COMPANY,                               :
                                                               :
                                Plaintiff,                     :
                                                               :         21-cv-908 (LJL)
        -v-                                                    :
                                                               :             ORDER
JAMES MOTA,                                                    :
                                                               :
                                Defendant.                     :
                                                               :
---------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

The Court held a status conference in this matter today; this order memorializes the schedule discussed at the conference.

- Fact discovery closed yesterday, December 20, 2021, with the exception of the testimony with respect to the two outstanding 30(b)(6) subpoenas, which must be taken by January 21, 2022.
- The deadline for motions for summary judgment is February 18, 2022 with responses due on March 18, 2022 and replies due on March 25, 2022.
- The deadline for the joint pretrial order is August 15, 2022.
- The final pretrial conference is set for August 24, 2022 at 12:00 p.m.
- Trial is set for August 29, 2022.

SO ORDERED.

Dated: December 21, 2021
       New York, New York
                                                    _____
                                                          LEWIS J. LIMAN
                                                    United States District Judge